Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

TRACY LYNN LAWLOR

v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-cv-1274

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion for Judgment on the Pleadings is DENIED, the Commissioner's Motion for Judgment on the Pleadings is GRANTED. The complaint is DISMISSED WITH PREJUDICE.

Date: February 28, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: Click here to enter text.
    Deputy Clerk